# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

LAURIE EXBY-STOLLEY,
     Plaintiff – Appellant,

v.

BOARD OF COUNTY
COMMISSIONERS, WELD
COUNTY, COLORADO,
     Defendant – Appellee.

Case No. 16-1412
(13-cv-01395-WYD-NYW)
(D. Colo.)

---

## PLAINTIFF-APPELLANT'S NOTICE OF ERRATA RE: PETITION FOR REHEARING EN BANC

---

Plaintiff-Appellant, through undersigned counsel, submits this errata regarding her Petition for Rehearing. Undersigned counsel failed to attach the Judgment and Opinion of the Court which are attached herewith as Exhibit 1 – Judgment and Exhibit 2 – Opinion of the Court.

Respectfully submitted this 25th day of October, 2018.

DARLING MILLIGAN PC

*/s/ Jason B. Wesoky*
Jason B. Wesoky
1331 17th Street, Suite 800
Denver, CO 80202
Phone:    (303) 623-9133
Fax:    (303) 623-9129
Email:    jwesoky@darlingmilligan.com

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that: 1) all required privacy redactions have been made; 2) the ECF submission is an exact copy of any hard copies that were filed (if any); and 3) the digital submission has been scanned for viruses with the most recent version of a commercial virus scanning program, Windows Defender Security Center, Virus definition version 10.0.17134.1, dated October 25, 2018, and according to the program are free from viruses. I further certify that the information on this form is true and correct to the best of my ability and belief formed after a reasonable inquiry.

*/s/ Kurt E. Krueger*
Kurt E. Krueger, Paralegal

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2018 a true and correct copy of the foregoing **PLAINTIFF-APPELLANT'S NOTICE OF ERRATA RE: MOTION TO EXTEND DEADLINE TO FILE OPENING BRIEF** was filed with the Court and served as follows:

Counsel for Defendant-Appellee: via CM/ECF
Alan Epstein
Matthew J. Hegarty
Thomas J. Lyons
Mark S. Rater
HALL & EVANS, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202

*/s/ Kurt E. Krueger*
Kurt E. Krueger, Paralegal