FILED
United States Court of Appeals
Tenth Circuit

October 25, 2018

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

─────────────────────────────

LAURIE EXBY-STOLLEY,

    Plaintiff - Appellant,

v.

BOARD OF COUNTY COMMISSIONERS, WELD COUNTY, COLORADO,

    Defendant - Appellee.

No. 16-1412

─────────────────────────────

**ORDER**

─────────────────────────────

Before **HARTZ**, **KELLY**, and **HOLMES**, Circuit Judges.

─────────────────────────────

This matter is before the court on appellant's petition for rehearing en banc.

Appellee shall file a response to the petition on or before November 5, 2018.

    Entered for the Court

    ELISABETH A. SHUMAKER, Clerk