UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

August 02, 2021

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:** 16-1412, Exby-Stolley v. Board of County Commissioners
Dist/Ag docket: 1:13-CV-01395-WYD-NYW

Dear Clerk:

Please be advised that a supplemental mandate for this case issued today. It supplements the previously-issued mandate of this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Anna Marks Baldwin
Tovah Calderon
Matthew Hegarty
James Lebsack
Mark Ratner
Bruce G. Smith
Jason Wesoky

CMW/lg